In the Matter of Dennis
LASKIN, Esquire.

**A Member of the Bar of the District
of Columbia Court of Appeals.**

No. 98–BG–1521.

District of Columbia Court of Appeals.

Nov. 12, 1998.

Before SCHWELB and RUIZ, Associate Judges; and PRYOR, Senior Judge.

## ORDER

PER CURIAM.

On consideration of the affidavit of Dennis Laskin, wherein he consents to disbarment from the Bar of the District of Columbia pursuant to § 12 of Rule XI of the Rules Governing the Bar of the District of Columbia, which affidavit has been filed with the Clerk of this Court, the report and recommendation of the Board on Professional Responsibility with respect thereto, and the letter from Bar Counsel supporting the report and recommendation of the Board on Professional Responsibility, it is this 5th day of November, 1998,

ORDERED that the said Dennis Laskin, is hereby disbarred on consent, effective immediately.

The Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the Court or upon written consent of the respondent.

The Clerk shall cause a copy of this order to be transmitted to the Chairman of the Board on Professional Responsibility and to the respondent, thereby giving him notice of the provisions of Rule XI, §§ 14 and 16, which sets forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.

■

In re Gary A. COURTOIS, Respondent.

**A Member of the Bar of the District
of Columbia Court of Appeals.**

No. 96–BG–1642

District of Columbia Court of Appeals.

Submitted Nov. 3, 1998.

Decided Nov. 19, 1998.

Before TERRY and FARRELL, Associate Judges, and NEWMAN, Senior Judge.

PER CURIAM:

The Board on Professional Responsibility recommends that the court disbar respondent on consent pursuant to D.C. Bar R. XI, § 12(b). That recommendation comes in the wake of respondent's consent to disbarment in Maryland following his conviction in the United States District Court on two counts of tax evasion.

We accept the Board's recommendation. Accordingly, it is

ORDERED that respondent Gary A. Courtois be disbarred from the practice of law in the District of Columbia *nunc pro tunc* to February 14, 1997, the date on which he filed an affidavit in compliance with D.C. Bar R. XI, § 14(g). Further, the reciprocal discipline matter pending before this court and the Board is dismissed, without prejudice to Bar Counsel's reinstituting it should respondent seek reinstatement while his Maryland disbarment is in effect. *See In re Ferber,* 703 A.2d 142, n. 2 (D.C.1997).